# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Gary MARshal<br><br>DEFENDANT(S). | CASE NUMBER<br><br>ED08MJ194<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __The Government__, IT IS ORDERED that a detention hearing is set for __5/23/08__, ____, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __Oswald Parada__, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __5/21/08__                    _____
                                        U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                   Page 1 of 1